UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN SUNKETT, BRITTNEY FLOW-SUNKETT,<br><br>        Plaintiffs,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>        Defendants. | No. 2:19-cv-1009 KJM KJN PS<br><br>ORDER |

On June 3, 2019, plaintiff Brittney Flow-Sunkett, proceeding pro se, filed a civil rights complaint and paid the court's filing fee. Plaintiff Brittney Flow-Sunkett purports to bring this action on behalf of herself and her husband, Glenn Sunkett, a state prisoner. Unless she is an attorney, she may not represent her husband or sign pleadings on behalf of her husband. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). In addition, Local Rule 183(a) requires that any individual who is representing herself or himself without an attorney must appear personally or by courtesy appearance by an attorney and may not delegate that duty to any other individual. E.D. Cal. L.R. 183(a). Therefore, Mrs. Flow-Sunkett may not bring claims on behalf of her husband, Glenn Sunkett. See Johns v. County of San Diego, 114 F.3d 874, 876-877 (9th

1

Cir. 1997) (a non-lawyer has no authority to appear as an attorney for another, and general power of attorney does not give non-lawyer right to assert the personal constitutional claims of another).

That said, Rule 11 also provides that "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Fed. R. Civ. P. 11(a). Thus, plaintiff Flow-Sunkett is provided thirty days in which to re-file her complaint bearing the signature of putative co-plaintiff Glenn Sunkett. Failure to timely comply will result in an order striking the unsigned pleading and requiring plaintiff Flow-Sunkett to file a complaint raising only her own claims.

Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff Flow-Sunkett shall re-file her complaint bearing the signature of putative co-plaintiff Glenn Sunkett.

Dated: June 6, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sunk1009.r11