UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY FLOW-SUNKETT, GLENN SUNKETT,<br><br>                Plaintiffs,<br><br>   v.<br><br>RALPH DIAZ, et al.,<br><br>                Defendants. | No. 2:19-cv-1009 KJM KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

       Plaintiff Glenn Sunkett is a state prisoner, proceeding pro se; Brittney Flow-Sunkett is Glenn's wife. On June 18, 2019, plaintiffs filed a complaint in this action bearing both their signatures. (ECF No. 7.) The court's own records reveal that on June 12, 2019, plaintiffs filed a complaint containing virtually identical allegations against the same 14 defendants. (Sunkett v. Diaz, Case No. 1:19-cv-0816 AWI GSA (E.D. Cal.) (Fresno)).[1] Due to the duplicative nature of the present action, the court will recommend that the complaint be dismissed.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 18, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/sunk0816.23