UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY FLOW-SUNKETT, GLENN SUNKETT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RALPH DIAZ, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-1009 KJM KJN P<br><br>FINDINGS & RECOMMENDATIONS |

　　　　Plaintiff Glenn Sunkett is a state prisoner, and Brittney Flow-Sunkett is Glenn's wife.  By order filed March 11, 2020, plaintiffs' amended complaint was dismissed and thirty days leave to file a second amended complaint was granted.  Thirty days from that date have now passed, and plaintiffs have not filed a second amended complaint, or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **thirty** days after being served with these findings and recommendations, plaintiffs may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiffs are advised that

////

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 21, 2020

*[signature: Kendall J. Newman]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/sunk1009.fta